UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 01-077** |
| v. | * | **SECTION: "C" (1)** |
| **REYNOL SANCHEZ** | * | |
| Defendant, | * | |
| and | * | |
| **SYLVIA SANCHEZ,** | * | |
| Surety for Reynol Sanchez | * | |

**PLAINTIFF'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD and INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, the United States of America ("United States"), and hereby moves this Court to enroll additional counsel of record under LR83.2.12. Specifically, the United States wishes to enroll as counsel Assistant United States Attorney Peter M. Mansfield. The enrollment of additional counsel will not prejudice either party nor result in any undue delays in the disposition of this matter.

**WHEREFORE,** for these reasons, the United States respectfully prays that this Court grant its motion and direct the Clerk of Court to enroll AUSA Peter M. Mansfield as additional counsel of record for the United States in this matter.

                                        Respectfully Submitted,

                                        *s/Peter M. Mansfield*
                                        PETER M. MANSFIELD (28671)
                                        Assistant United States Attorney
                                        Hale Boggs Federal Building
                                        500 Poydras Street, Room 210B
                                        New Orleans, LA  70130
                                        Telephone:  (504) 680-3047

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, and/or mailing the same by first class United States mail, postage prepaid on this   7th   day of February, 2008.

                                        *s/Peter M. Mansfield*
                                        Assistant United States Attorney