UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 01-077 |
| v. | * | SECTION: "C" (1) |
| REYNOL SANCHEZ | * | |
| Defendant, | * | |
| and | * | |
| SYLVIA SANCHEZ, | * | |
| Surety for Reynol Sanchez | * | |

**MOTION TO EXAMINE JUDGMENT DEBTOR and
INCORPORATED MEMORANDUM IN SUPPORT**

NOW INTO COURT, through the undersigned Assistant United States Attorneys, comes

plaintiff, the United States of America, and moves this Court for an order to examine judgment

debtor for the reasons stated below.

I.

The United States of America is a judgment creditor of defendant, Sylvia Sanchez

("Sanchez"), in the sum of $100,000.00.  As of this date, the outstanding balance is $104,807.89.

1

II.

The United States of America desires to examine Sylvia Sanchez pursuant to the Federal

Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, Rule 69, Federal Rules of Civil

Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining

to her assets, estate, or other property.  Sanchez is also requested to produce at her judgment-debtor

examination documents listed in Exhibit 1 pertaining to her assets, estate, or other property.

**WHEREFORE**, for these reasons, the United States of America prays that this Court grant

its motion and order Sanchez to be examined as a judgment debtor at the time and place to be fixed

by the Court.

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY


 *s/Peter M. Mansfield*
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA  70130
Telephone:  (504) 680-3047

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first-class United States mail, postage prepaid on this 12th day of February, 2008.

*s/Peter M. Mansfield*
Assistant United States Attorney
